1

Robert D. Rowland
2   Lindsay Rakers
    **GOLDENBERG HELLER**
3   **ANTOGNOLI & ROWLAND, P.C.**
    P.O. Box 959
4   Edwardsville, Illinois 62025
    Telephone: 618-656-5150
5   Facsimile: 618-656-6230
    Attorneys for Plaintiffs
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12
    IN RE: BEXTRA AND CELEBREX            )   **MDL NO. 1699**
13   MARKETING SALES PRACTICES AND        )   **District Judge: Charles R. Breyer**
    PRODUCT LIABILITY LITIGATION         )
14                                        )
    This Document Relates To:            )
15                                        )
    *Donald G. Newmann v. Pfizer Inc.*    )   **STIPULATION AND ORDER OF**
16   (05-5359 CRB)                        )   **DISMISSAL WITH PREJUDICE**
                                          )
17   *Lehnen, Marie, et al. v. G.D. Searle, et al.*  )
    (06-2669 CRB)                        )
18                                        )
    *Marcy A. West v. Merck & Co., Inc., et al.*  )
19   (06-3015 CRB)                        )
                                          )
20   *Jerry M. Dance v. Merck & Co., Inc., et al.*  )
    (06-3016 CRB)                        )
21                                        )
    *Edward Spinaio v. G.D. Searle, et al.*  )
22   (06-3036 CRB)                        )
                                          )
23   *Lonnie Case v. Merck & Co. Inc., et al.*  )
    (06-3180 CRB)                        )
24                                        )
    *Richard Menzel v. Merck & Co., Inc., et al.*  )
25   (06-3181 CRB)                        )
                                          )
26   *Vincent Calamia v. Merck & Co., Inc., et al.*  )
    (06-3182 CRB)                        )
27                                        )
    *Jessie Abbott v. Merck & Co., Inc., et al.*  )
28   (06-3306 CRB)                        )

                              -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

| 1 | | ) |
| 2 | *Berlin Jenkerson v. Merck & Co. Inc., et al.*<br>(06-3307 CRB) | )<br>)<br>) |
| 3 | *Thomas Kasper v. Merck & Co. Inc., et al.*<br>(06-3309 CRB) | )<br>)<br>) |
| 4 | | ) |
| 5 | *Josephine Tourville v. Merck & Co., Inc., et al.*<br>(06-3310 CRB) | )<br>)<br>) |
| 6 | *Arzie Stephens v. Merck & Co., Inc., et al.*<br>(06-3311 CRB) | )<br>)<br>) |
| 7 | | ) |
| 8 | *Henry Kahn, et al. v. Pfizer Inc..et al.*<br>(06-4600 CRB) | )<br>)<br>) |
| 9 | *Carol Copeland v. G.D. Searle LLC, et al.*<br>(07-3023 CRB) | )<br>)<br>) |
| 10 | | ) |
| 11 | *Suzanne Steinbach v. Merck & Co., Inc., et al.*<br>(07-0495 CRB) | )<br>)<br>) |
| 12 | *John Moseley v. Merck & Co., Inc., et al.*<br>(07-0496 CRB) | )<br>)<br>) |
| 13 | | ) |
| 14 | *Joni Hebblethwaite v. Merck & Co., Inc., et al.*<br>(07-0498 CRB) | )<br>)<br>) |
| 15 | *Kevin Miller v. Merck & Co, Inc., et al.*<br>(07-0596 CRB) | )<br>)<br>) |
| 16 | | ) |
| 17 | *Lena Scher v. Merck & Co., Inc., et al.*<br>(07-2533 CRB) | )<br>)<br>) |
| 18 | *Laurence Schmidt v. Merck & Co., Inc., et al.*<br>(07-2534 CRB) | )<br>)<br>) |
| 19 | | ) |
| 20 | *Patty Foreman v. Merck & Co., Inc., et al.*<br>(07-2535 CRB) | )<br>)<br>) |
| 21 | *Robert Miller v. G.D. Searle LLC, et al.*<br>(07-3127 CRB) | )<br>)<br>) |
| 22 | | ) |
| 23 | *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.*<br>(07-3488 CRB) | )<br>)<br>) |
| 24 | *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.*<br>(07-3489 CRB) | )<br>)<br>) |
| 25 | | |

26    Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27    the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42576335.1

1   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

2   each side bearing its own attorneys' fees and costs.

3

4       DATED: 11-2, 2009         By:

5                                    **GOLDENBERG HELLER**
                                     **ANTOGNOLI & ROWLAND, P.C.**
6                                    P.O. Box 959
                                     Edwardsville, Illinois 62025
7                                    Telephone: 618-656-5150
                                     Facsimile: 618-656-6230
8
                                     *Attorneys for Plaintiffs*
9

10      DATED: Nov. 4, 2009       By:

11

12                                   **DLA PIPER LLP (US)**
                                     1251 Avenue of the Americas
13                                   New York, New York 10020
                                     Telephone: 212-335-4500
14                                   Facsimile: 212-335-4501

15                                   *Defendants' Liaison Counsel*

16

17      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
18      **IT IS SO ORDERED.**

19

20      Dated: **NOV 1 3 2009**

21                                   Hon. Charles R. Breyer
                                     United States District Court

22

23

24

25

26

27

28

                                     -3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**